JORDAN v. KEENAN. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by Walter C. Jordan against Frank Keenan. No opinion. Motion denied, on terms stated in order. Order filed.

JOSEPH F. CLARKE CO., Respondent, v. McLARNON, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by the Joseph F. Clarke Company against Thomas McLarnon. No opinion. Judgment of the Municipal Court affirmed, with costs.

JOUBIN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Eliza Frances Joubin, as administratrix, etc., of George H. Joubin, deceased, against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

JULICHER et al., Appellants, v. CURTIN et al., Respondents. H. W. HUNTER HOECKER CO. v. SAME. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Actions by Pater Julicher and others and by the H. W. Hunter Hoecker Company against Daniel Curtin and another. B. Loewy, for appellants. G. R. Wawes, for respondents. No opinions. Orders modified, so as to award in each case only one item of $10 costs, and, as so modified, affirmed, without costs. Settle orders on notice.

KAUFMAN, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Israel Kaufman against Julius Smith and another. PER CURIAM. Judgment of the Municipal Court affirmed, with costs. HIRSCHBERG, P. J., taking no part.

KEARNEY, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by Nellie Kearney against the New York City Railway Company. M. Grossman, for appellant. B. H. Ames, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KEENAN, Respondent, v. EISENBACH REALTY & CONSTRUCTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Michael Joseph Keenan, Jr., against the Eisenbach Realty & Construction Company. No opinion. Motion for reargument denied, with $10 costs.

KEIRNS v. KEIRNS et al. (Supreme Court, Appellate Division, Second Department. March 19, 1909.) Action by Patrick Keirns, as executor, etc., of John Keirns, deceased, against Samuel F. Keirns and others. No opinion. Order affirmed, with $10 costs and disbursements.

KELLY, Respondent, v. MANDEL et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Honoria Kelly against Israel Mandel and others. No opinion. Judgment affirmed by default, with costs.

KELLY, Respondent, v. WEBB, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 4, 1909.) Action by William J. Kelly against Theodore E. Webb. No opinion. Judgment affirmed, with costs.

KENNEDY, Appellant, v. OUTWATER et al., Respondents. (Supreme Court, Appellate Division, First Department. March 5, 1909.) Action by John Kennedy against Edwin Outwater and another. G. B. Hayes, for appellant. C. C. Miller, for respondents. No opinion. Judgments affirmed, with one bill of costs. Order filed.

KENYON, Respondent, v. GRIFFIN, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by Winfield S. Kenyon against Thos. H. Griffin. No opinion. Interlocutory judgment affirmed, with costs.

KERSTEN, Appellant, v. FRANKEL et al., Respondents. (Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by Jennie Kersten against Solomon Frankel and another. J. Blumofe, for appellant. B. H. Arnold, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

In re KETCH. (Supreme Court, Appellate Division, Fourth Department. March 10, 1909.) In the matter of Cyrus Ketch, an alleged incompetent person. No opinion. Order affirmed, with $10 costs and disbursements.

In re KIRKHOLDER'S WILL. (Supreme Court, Appellate Division, Fourth Department. February 3, 1909.) In the matter of proving, etc., the last will and testament of William H. Kirkholder, deceased. No opinion. Decree, so far as appealed from, affirmed, with $10 costs and disbursements, and motion for reference to take additional evidence denied, without costs.

In re KIRKHOLDER'S WILL. (Supreme Court, Appellate Division, Fourth Department. February 3, 1909.) In the matter of proving, etc., the last will and testament of William H. Kirkholder, deceased. No opinion. Decree affirmed, with costs.

In re KIRKHOLDER'S WILL. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) In the matter of the proof and probate of the last will and testament of William H. Kirkholder, deceased. No opinion. Motion for reargument denied, with $10 costs.

KNAPTON, Respondent, v. HOLLAND, Appellant. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Ac-